FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -5  AM 8: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC CALVIN | CIVIL ACTION |
| VERSUS | NO: 04-2626 |
| BURL CAIN, WARDEN | SECTION: "S" (4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Eric Calvin's Petition for Issuance of a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this _4_ day of January, 2006.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____